# WILLIAM H. GOODALE, APPELLANT, *v.* WILLIAM H. FINN, RESPONDENT.

*Order of arrest — cannot be granted on a judgment, a portion of which is for money loaned — Foreign judgment — whether order of arrest can be granted in action on.*

Plaintiff sued the defendant, in the State of New Jersey, for the price of certain property sold to him, and also for money loaned by the plaintiff to the defendant, and recovered judgment for both demands. Subsequently, a suit was commenced upon that judgment in this State, and an order of arrest was procured on the ground that the defendant had been guilty of fraud in contracting the debt or obligation for which the action was brought. The plaintiff alleged that he was induced to sell the property — the price of which was recovered in the suit in New Jersey — to the defendant, by means of false and fraudulent representations made by him. As to the money loaned no fraud was alleged. *Held* that, as the money loaned was included in the New Jersey judgment, and as the order of arrest was for the entire debt represented by that judgment, the order could not be sustained.*

The alleged fraud was practised in New Jersey; the entire transaction happened there; the parties lived there; the plaintiff pursued his claim to judgment in the courts of that State without any averment of fraud against the defendant; and the judgment which he there obtained now constitutes the debt or obligation on which this action is brought. Whether under such circumstances an order of arrest can be granted, *quere.*

APPEAL from an order of the Special Term, vacating an order of arrest.

Opinion by TAPPEN, J.

Present—BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Order affirmed, with $10 costs.

*Robinson v. Flint, 16 How., 240; Brown v. Ashbough, 40 id., 226; Bowen v True, 53 N. Y., 640.